**VOXATHON LLC, Plaintiff-Appellant**

v.

**FCA US LLC, Nissan North America, Inc., Defendants**

**Subaru of America, Inc., Toyota Motor Sales, U.S.A., Inc., Defendants-Appellees**

**2016-1614**

United States Court of Appeals, Federal Circuit.

December 9, 2016

DAVID R. BENNETT, Direction IP Law, Chicago, IL, argued for plaintiff-appellant.

MATTHEW D. SATCHWELL, DLA Piper US LLP, Chicago, IL, argued for defendants-appellees. Also represented by PAUL RICHARD STEADMAN; AARON GABRIEL FOUNTAIN, Austin, TX.

(Prost, Chief Judge, Clevenger and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**